IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ANTOINE LEBLANC and PAULA LEBLANC,** § § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | Civil Action No. **3:25-CV-1444-L-BT** | |
| § | | |
| **THE RODGER'S LAW FIRM PLLC, ALLSTATE INSURANCE CO., GOAUTO INSURANCE CO., KELVIN M. ROGERS**, § § § § § § | | |
| Defendants. § | | |

## ORDER

On July 1, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 12) was entered, recommending that the court **deny** Plaintiffs Antoine LeBlanc and Paula LeBlanc's ("Plaintiffs") Motions for Leave to Proceed *In Forma Pauperis* ("Application") (Docs. 4, 8) and **order** them to pay the $405 filing fee within 30 days of this order. No objections have been filed, and the 14-day period to object after service of the Reports has passed. *See* Fed. R. Civ. P. 72(b)(1)(2); 28 U.S.C. § 636(b)(1)(C). For the reasons stated herein, the court **accepts** the Report as that of the court.

Magistrate Judge Rebecca Rutherford determined that Plaintiffs receive $7,600 each month, own a home valued at $988,000, a 2017 Mercedes-Benz valued at $12,000, and a 2014 Mercedes-Benz valued at $8,850. Report 2 (citing Doc. 8). The magistrate judge determined that while Plaintiffs' claimed expenses exceed their income, this alone does not indicate that paying the filing fee would cause them undue hardship. *Id.* at 3. Further, Magistrate Judge Rutherford found that owning a home worth nearly one million dollars and two luxury vehicles, coupled

with Plaintiffs' discretionary and excessive expenses, weighs against finding that they are unable to pay the filing fee. *Id.*

Having considered Plaintiffs' pleadings, the Applications, the file, the record in this case, and the Report, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, the court **denies** Plaintiffs' Applications (Docs. 4, 8) and **orders** them to pay the $405 filing fee by **5:00 p.m.** on **September 5, 2025.** Failure to do so will result in this action being dismissed without prejudice pursuant to Rule 41(b) for failure to prosecute and comply with a court order.

**It is so ordered** this 6th day of August, 2025.

Sam A. Lindsay
United States District Judge

Order – Page 2